# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR CARRASCO, | CASE NO. 1:11-cv-00005-AWI-SKO PC |
|         Plaintiff, | ORDER DIRECTING CLERK OF THE COURT TO CLOSE THIS CASE PURSUANT TO PARTIES' STIPULATION FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE |
|   v. | |
| FISHER, | (Doc. 21) |
|         Defendant. | |
| _____/ | |

      Plaintiff Victor Carrasco, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on November 8, 2010.  This action is proceeding against Defendant Fisher on Plaintiff's Eighth Amendment claim.  Defendant filed an answer on March 12, 2012, and a scheduling order was issued on March 13, 2012.

      On April 27, 2012, Plaintiff and Defendant filed a stipulation for voluntary dismissal of the action, with prejudice.  Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk of the Court is HEREBY DIRECTED to close this case.

IT IS SO ORDERED.

Dated:   May 1, 2012     _____
                          CHIEF UNITED STATES DISTRICT JUDGE

1